UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN BOTEO, INDIVIDUALLY AND AS GUARDIAN FOR B.B., AURA GONZALEZ, INDIVIDUALLY AND AS GUARDIAN FOR B.B. <br> Plaintiffs <br> v. <br> UNITED STATES, MT. AUBURN HOSPITAL, NANDITA NADIG, M.D., DEBORAH WONG, M.D. <br> Defendants | Civil Action No. 1:13-10224-PBS |

## JUDGMENT

_9/20_, 2017

SARIS, D.J.

In accordance with the Court's allowance of the Motion of the Defendant, Deborah Wong, M.D., For Dismissal With Prejudice Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and upon consideration of the Defendant's Motion For Entry of a Separate and Final Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the motion is hereby GRANTED. The Court expressly finds that there is no just reason for delay of entry of judgment. The clerk is directed to enter Judgment under Rule 54(b) in the defendant, Deborah Wong, M.D.'s favor.

_9/20/17_
DATE

_Patti B. Saris_
Patti B. Saris
Chief United States District Judge

1