UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN BOTEO, Individually and as Guardian for BB, <br> AURA GONZALEZ, Individually and as Guardian for BB, <br>     Plaintiffs <br><br> vs. <br><br> MOUNT AUBURN HOSPITAL, and NANDITA NADIG, M.D. <br>     Defendants | NO. 13-cv-10224-~~GAO~~ PBS |

## JUDGMENT

October 12, 2017

SARIS, D.J.

In accordance with the Court's allowance of Defendant, Nandita Nadig, M.D.'s Motion to Dismiss Plaintiffs' Claims filed pursuant to Fed.R.Civ.P. Rule 41(b), and upon consideration of Defendant, Nandita Nadig, M.D.'s Motion for Entry of Separate and Final Judgment Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the motion is hereby GRANTED. The Court expressly finds that there is no just reason for delay of entry of judgment. The clerk is directed to enter Judgement under Rule 54(b) in the defendant, Nandita Nadig, M.D.'s favor.

10/12/17
Dated

Patti B. Saris
Chief United States District Judge